35396. SPRINKLER CONTRACTORS, INC. v. SPRINKLER COMPANY, INC. et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED SEPTEMBER 19, 1979 — DECIDED NOVEMBER 6, 1979.

*Grogan, Jones, Layfield & Agnew, Lee R. Grogan,* for appellant.

*Hatcher, Stubbs, Land, Hollis & Rothschild, Charles T. Staples, Richard Bradley,* for appellees.